```
                              FILED
                         JUDGMENT ENTERED

                    _____Jan. 31, 2006_____
                                Date
                         by _____G. Lucas_____
                                Deputy Clerk
                          U.S. District Court
                      Eastern District of California
                    __XX___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

GARY D. HATCHER,

       Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

CV-F-05-910 OWW

UNITED STATES OF AMERICA,

       Defendant.
_____/

      DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      IT IS HEREBY ORDERED AND ADJUDGED that the Judgment of the Bankruptcy Court is affirmed.

DATED: Jan. 31, 2006

                                 JACK L. WAGNER, Clerk

                                 /S/ Greg Lucas
                            By:
                                 Deputy Clerk

jgm.civ
2/1/95